# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **JOSEPH TERRY and** | ) |
| **JONAH ROSS TERRY,** | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| vs. | ) Civil Action 09-0722-KD-N |
| | ) |
| **GROVER SMITH, et al,** | ) |
| | ) |
| **Defendants.** | ) |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the amended recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated August 27, 2010 is **ADOPTED** as the opinion of this Court.

Accordingly, the motion to dismiss filed by defendants' Judge J. David Jordan and District Attorney Stephen Billy (docs. 27-28) is **GRANTED** and all claims against these defendants are **DISMISSED with PREJUDICE**.

**DONE** this 14th day of September, 2010.

                                                   s/ Kristi K. DuBose
                                                 KRISTI K. DuBOSE
                                                 UNITED STATES DISTRICT JUDGE