IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| JOSEPH TERRY and<br>JONAH ROSS TERRY, | )<br>)<br>) | |
| Plaintiffs, | )<br>) | |
| v. | )<br>) | CIVIL ACTION NO. 09-00722-KD-N |
| GROVER SMITH, et al., | )<br>)<br>) | |
| Defendants. | ) | |

ORDER

The parties have advised the Court (doc. 69) that they are now ready to proceed with this action. It is therefore **ORDERED** that the **STAY** imposed on August 4, 2010 (doc. 54) be and is hereby **LIFTED**. It is **FURTHER ORDERED** that the parties meet and submit a report pursuant to Fed.R.Civ.P. 26(f) by **no later than Monday, June 6, 2011**.

**Done** this  16th day of May, 2011.

/s/ Katherine P. Nelson
KATHERINE P. NELSON
UNITED STATES MAGISTRATE JUDGE