IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JOSEPH TERRY and JONAH ROSS TERRY, , | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) CIVIL ACTION NO. 09-00222-KD-N |
| GROVER SMITH, BRUCE SHUE, JOHN T. MOORE, ARTHUR MOTHERSHED, and LARRY HAMMONDS, | ) ) ) ) ) ) |
| Defendants. [1] | ) |

## ORDER

This action is before the Court on the motion to continue filed by plaintiffs Joseph Terry and Jonah Ross Terry (doc. 84). Plaintiffs state that additional time is necessary to obtain new counsel because their attorney of record has turned in his law license and told them he would no longer be able to represent them in this action.

The Court construes this motion as a motion for additional time to respond to the report and recommendation entered by Magistrate Judge Katherine P. Nelson on July 20, 2011 (doc. 84). Accordingly, plaintiffs' motion is **GRANTED** and the deadline for filing an objection is extended until **Tuesday, October 11, 2011.**

**DONE** and **ORDERED** this the 9th day of August, 2011.

                                              s / Kristi K. DuBose
                                              **KRISTI K. DuBOSE**
                                              **UNITED STATES DISTRICT JUDGE**

---

[1] Defendants District Attorney Stephen M. Billy and District Court Judge J. David Jordan were dismissed from this action on September 4, 2010 (docs. 57, 58)