IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JOSEPH TERRY and<br>JONAH ROSS TERRY,<br><br>    Plaintiffs,<br><br>v.<br><br>GROVER SMITH, et al.,<br><br>    Defendants. | CIVIL ACTION NO. 09-00722-KD-N |

**ORDER**

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated July 19, 2011, is **ADOPTED** as the opinion of this Court and it is **ORDERED** that the motions to dismiss filed by Grover Smith and Bruce Shue ((docs. 71-72));  John T. Morre (docs. 74-75); and Arthur Mothershed and Larry Hammonds (docs. 77-78, defendants herein, be and are hereby **GRANTED** and that all claims against these defendants are hereby **DISMISSED with prejudice**, **except** the Section 1983 claims against Defendants Sheriff Grover Smith and Deputy Sheriff Bruce Shue.

It is **FURTHER ORDERED** that Sheriff Smith and Deputy Sheriff Shue shall file their answer to the remaining Section 1983 claims asserted against them on or before **November 1, 2011**.

**DONE** this 14th day of October, 2011.

                                             /s/ Kristi K. DuBose
                                             KRISTI K. DuBOSE
                                             UNITED STATES DISTRICT JUDGE