IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JOSEPH TERRY and<br>JONAH ROSS TERRY, | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| vs. | )   CIVIL ACTION NO. 09-0722-CG-N<br>) |
| GROVER SMITH and<br>BRUCE SHUE, | )<br>)<br>) |
| Defendants. | ) |

**FINAL JUDGMENT**

In accordance with the order (Doc. 58) adopting the report and recommendation of the Magistrate Judge (Doc. 57), it is **ORDERED, ADJUDGED** and **DECREED** that the plaintiffs' claims against defendants Judge J. David Jordan and District Attorney Stephen Billy are hereby **DISMISSED WITH PREJUDICE**.

It is further, **ORDERED, ADJUDGED** and **DECREED**, that in accordance with the order (Doc. 88) adopting the report and recommendation of the Magistrate Judge (83), that the plaintiffs' claims against defendants Grover Smith, Bruce Shue, John T. Moore, Arthur Mothershed and Larry Hammonds are hereby **DISMISSED WITH PREJUDICE**.

Finally, in accordance with the memorandum, opinion and order issued this date, granting the summary judgment of defendants Grover Smith and Bruce Shue as to the plaintiffs' § 1983 claims, it is **ORDERED**, **ADJUDGED** and **DECREED**

that **JUDGMENT** be and is hereby entered in favor defendants, Grover Smith and Bruce Shue, and against plaintiffs, Joseph Terry and Jonah Ross Terry.  Therefore, plaintiffs' § 1983 claims against defendants, Grover Smith and Bruce Shue, are hereby **DISMISSED WITH PREJUDICE**.

Costs are taxed against the plaintiffs.

**DONE and ORDERED** this 6th day of August, 2012.

/s/  Callie V. S. Granade
UNITED STATES DISTRICT JUDGE